12-13-00175-CW

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0347

GUY SPARKMAN

v.

MICROSOFT CORPORATION,
SUPPORT SPACE, INC., AS AGENT
FOR MICROSOFT CORP., OMAR
FRANCO, AS AGENT FOR
MICROSOFT CORP., AND ROBERT
DOE, AS AGENT FOR MICROSOFT
CORP.

§
§
§
§
§
§

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 17 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Smith County,

12th District.

June 26, 2015

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

August 14, 2015

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, GUY SPARKMAN, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 14th day of August, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk